Matter of Carr v City of Buffalo (2024 NY Slip Op 03716)

Matter of Carr v City of Buffalo

2024 NY Slip Op 03716

Decided on July 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 3, 2024

PRESENT: WHALEN, P.J., LINDLEY, MONTOUR, OGDEN, AND DELCONTE, JJ. (Filed July 3, 2024.)

MOTION NO. (1037/23) OP 23-00778.

[*1]IN THE MATTER OF DARRYL CARR AND PARK AVENUE ESTATES, LLC, PETITIONERS, 
v
CITY OF BUFFALO, RESPONDENT.

MEMORANDUM AND ORDER
Motion for leave to appeal to the Court of Appeals denied.